with IRVING KOROWITZ, Appellant.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

In the Matter of the Petition of BROOKLYN TRUST COMPANY and Another, as Executors and Trustees, etc., of WILLIAM POWELL TALBOT, Deceased, for a Construction of His Will.— Decree of the Surrogate's Court of Kings county in so far as appealed from unanimously affirmed on the opinion of the surrogate. [reported in 126 Misc. 80], with costs to all parties appearing and filing briefs, payable out of the estate. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Petition of BERTHA M. HUGHES to Render and Settle Her Account as Executrix, etc., of JAMES HUGHES, Deceased. (Appeal No. 1.) — Decree of the Surrogate's Court of Kings county unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Petition of BERTHA M. HUGHES to Construe the Last Will and Testament of JAMES HUGHES, Deceased. (Appeal No. 2.) — Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

FREDERIC A. KIMBALL, Respondent, v. THE JOHN BUDD COMPANY, Appellant.— Order denying defendant's motion to vacate notice of examination reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The defendant has the affirmative upon the issues as to which the examination is sought, and plaintiff is not, therefore, entitled to the examination. (Oshinsky v. Gumberg, 188 App. Div. 23; Zappas v. Horwill, 210 id. 861; Middleton v. Boardman, Id. 467, 860; appeal dismissed, 240 N. Y. 552.) Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

JEANNE KOROWITZ, Respondent, v. IRVING KOROWITZ, Appellant.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

NASMIE CONSTRUCTION CO., INC., Respondent, v. ETHEL QUASMAN, Appellant, Impleaded with Another, Defendant.— Order granting motion to strike out the 6th paragraph of defendant Quasman's answer reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The power of the court to strike out irrelevant and redundant matter should be exercised with caution. To authorize the exercise of the court's discretion in that respect, the irrelevancy must be clear and the redundancy unquestioned; and it also must appear that the moving party is aggrieved thereby. (Savage Realty Co. v. Lust, 203 App. Div. 55; Wayte v. Bowker Chemical Co., 196 id. 665.) Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BESSIE STEINHARDT, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

KATHERINE M. WAGNER, Respondent, v. LEONARD THORN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.